[No. 39014-1-II. Division Two. May 20, 2010.]

WIVES AND MOTHERS OF PRISONERS OF THE STATE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05790-4, Ronald E. Culpepper, J., entered February 13, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 39015-9-II. Division Two. May 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN EDWARD TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-1-00123-0, Craddock D. Verser, J., entered February 13, 2009. *Dismissed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 39016-7-II. Division Two. May 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. COLTON ANDREW WATTS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00478-8, Richard L. Brosey, J., entered March 3, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 39044-2-II. Division Two. May 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DOYLE LIBBY III, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02202-5, Christine A. Pomeroy, J., entered March 3, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.